# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201600395

_____

### UNITED STATES OF AMERICA
Appellee

v.

### ROBERTO PEREYRA, JR.
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel L.J. Francis, USMC.
Convening Authority: Commanding General, 3D Marine Division (-)
(Rein), Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major T.S. Taylor, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 9 March 2017

_____

Before MARKS, JONES, and GROHARING, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court